PUBLISH

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 99-10862

_____

D. C. Docket No. 98-282-3-CV-RH

FILED

U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
12/10/99
THOMAS K. KAHN
CLERK

JERRY J. KILPATRICK,

                                        Petitioner-Appellee,

versus

SAMUEL H. HOUSTON,

                                        Respondent-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Florida

_____

**(December 10, 1999)**

Before BLACK, Circuit Judge, GODBOLD and FAY, Senior Circuit Judges.

PER CURIAM:

The judgment of the district court is affirmed for the reasons stated in its Order

Granting Writ of Habeas Corpus, which is published at 36 F. Supp. 2d 1328 (N.D. Fla.

1999).

AFFIRMED.